UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY KRULEWICH and NORA
KRULEWICH,

                Plaintiffs,

    -against-

COVIDIEN, LP,

               Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020

19 **CIVIL** 2857 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 9, 2020, the Court has considered all of the arguments of the parties. To the extent not discussed, the arguments are either moot or without merit. The defendant's motion to dismiss is granted. The plaintiffs' informal request for leave to amend the Second Amended Complaint is denied and judgment is entered dismissing this case with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       October 13, 2020

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                        **BY:**
                                                   **Deputy Clerk**